LIDIA S. STIGLICH, State Bar No. 10996
STIGLICH & HINCKLEY, LLP
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
RODRIGO AGUAYO

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>RODRIGO AGUAYO,<br><br>Defendant. | Case No. 12-00119 SI<br><br>**DEFENDANT RODRIGO AGUAYO'S LETTERS RE SENTENCING**<br><br>Date:     11/2/2012<br>Time:     11:00 a.m.<br>Dept:     Hon. Susan Illston |

Defendant RODRIGO AGUAYO submits the attached Letters re Sentencing for the Courts consideration.

Dated:   11/1/12

Respectfully submitted,

STIGLICH & HINCKLEY LLP

/s/Lidia S. Stiglich

By:   _____

      LIDIA S. STIGLICH

1

OCT-18-2012

TO WHOM IT MAY CONCERN,
MY NAME IS STEVEN MENDOZA, AND I AM
COUSIN'S WITH RODRIGO AGUAYO. WE ARE 8
DAY/S APART AND HAVE ALWAY/S BEEN REALLY
CLOSE ALEX (RODRIGO) HAS A BIG HEART AND
IS VERY FAMILY ORINTATED; HE HAS ALWAY/S
BEEN A MOMMA'S BOY AND I KNOW HE HAS
ALWAY/S BEEN A JOY TO MY AUNT & UNCLE
ALEX IS A HARD WORKER, AND HAS DONE
GOOD FOR HIMSELF, AND I AM PROUD OF HIM.
WE HAVE ALWAY/S HAD GOOD TIMES, ALEX IS
EXTREMELY FUNNY. IT BREAKS MY HEART TO
KNOW MY LITTLE COUSIN HAS GOT COUGHT
UP IN A MESS. I HAVE A 2-YR OLD DAUGHTER
AND ANOTHER ONE COMING RIGHT AROUND THE
CORNER, AND TO HEAR THAT HE WILL BE
ABSENT FROM MY LIFE AS WELL AS THEIR/S
HURTS ALOT! MY CHILDREN ARE THE FIRST
GREAT GRANDCHILDREN AND I REALLY
WANTED ALEX TO BE BY MY SIDE DURING
TIMES LIKE THIS. HE REALLY IS A GOOD GUY,
AND SHOULD HAVE THE CHANCE TO LIVE ON
THIS SIDE! HE REALLY DOES SEE THE GOOD IN
THINGS AND IM FINDING IT HARD TO SEE ANY
GOOD IN THIS. I LOVE MY COUSIN, AND I HOPE
HE KNOWS THAT! I KNOW AT TIMES I

CAN GET LOST IN MY OWN LIFE, BUT HE
IS ALWAYS IN HEART AND THOUGHTS!
THANK YOU FOR YOUR TIME! AND IF
FOR ANY REASON ALEX SEES THIS...
ALEX I LOVE YOU COUSIN! KEEP YOUR
HEAD UP AND HAVE SOME FAITH!

-SINCERELY
STEVEN MENDOZA.

1115 PINTAIL CT.
NEWMAN CA, 95360
(209) 221-3074.

To Whom it May Concern.                    10/21/12.

My Name is Demetrio RAmirez, Couzin to

Rodrigo Alex Aguayo. I Just wanted to Express

My concern For His Futre well Being, I Beline

He is a good Person. with Good intent, and can

flourish in The Right Enviornent.

   I, along with family aniant his Release

and will Be. Here for him. in whatever.

He may need.

   Thank you ba. you time and Concern.

   Demetrio Ramirez

   (831) 840-5901

( To whom May Concern )

My Name is Rebeca Hernandez and my husband Ruben '' I Am Rodrigo Aont, his Father is my Brother. I want to Sayd my Nephew is a good Kid he is Kind and Loyal, he has a Good Heart, he is a good Son and good Brother. We trust him very much and he can caunt with As. I Know iF you want to Give him Another Chance he can be Better Citicen. I Olso have a House in Texas, and he is welcome At All times Pleace. Consider that and Give him Another Chance to prove that.

Tank you Very Much

27682 Pensacola Way Hayward Ca. 94544

(510) 784-1909 Cell (510) 209-8167

ULR 918

10/21/12

To WHOM IT MAY CONCERN,

EVERY ACTION HAS A CONSEQUENCE, WHETHER IT MAY BE POSITIVE OR NEGATIVE. IT'S LIFE AND YOU HAVE TO TAKE IT AS IT COMES. I'VE MADE MISTAKES IN MY LIFE AND I HAVE USED THE NEGATIVE CONSEQUENCES AS A POSITIVE. AND IN DOING SO, I HAVE CHANGED MY LIFE FOR THE BETTER.

MY COUSIN ALEX AGUAYO IS LIKE A LITTLE BROTHER TO ME. WE ARE SEPARATED BY ONE YEAR. I HAVE SEEN HIM COME A LONG WAY, I HAVE SEEN HIM STRUGGLE AND ALSO SUCCEED. I KNOW THE HEART HE HAS IN HIS CHEST. IT IS A GOOD ONE. IT PAINS ME SO MUCH TO KNOW I CANNOT SHARE AMAZING LIFE EXPERIENCES WITH HIM. LOVE HIM WITH ALL MY HEART AND I WOULD DO ANYTHING TO HELP HIM. HE HAS A BEAUTIFUL HEART AND A STRONG MIND. HE HAS MADE MISTAKES, BUT I KNOW THAT ALEX IS GOING TO TURN THESE NEGATIVE CONSEQUENCES AND USE THEM AS A POSITIVE.

WE HAVE A STRONG FAMILY WHO LOVES ALEX SO MUCH. HE HAS ALL OUR SUPPORT AND HE IS ALWAYS IN MY THOUGHTS. HE IS A GREAT PERSON, I DO NOT HOLD ANY HOSTILITY TOWARDS HIM. HE MADE MISTAKES, BUT I WOULD NEVER LOVE HIM ANY LESS.

SINCERELY,

NATHAN HUERTA
85 & A MACARTHUR AVE
SF CA
831 206 2039

october, 21-2012

To Whom It May Concern:

RE: Rodrigo Alexandro Aguayo

I am Writting in regards To My Nephew "Alex"
He is a good man. I was Thinking.
How Can Help him.
I Want To let you Know that alex is
always Welcome in our homes an Family
so He is always dreaming to change
His way to Live because He is so
He Knows He Can Coort on us.    YoUNg
any Time. We love him Verry Much.

Respectfully.

October 21/2012

To Whom it May Concern:

Re: Rodrigo Alejandro Aguayo

I am writting in regards To My Nephew
"Alex" I Love him verry Much.
I Want to let you Know; How I Fill regard
alex my Heart is sad, to Know that For
One bad desicion He is private of
His Freedom and part of Me is
behind bars Too because I miss Him
Verry Much. He is a good Man He is
a Kid in His Heart He is Miss ing
our Lives Acclivities as Family we are
a verry Loving Family That we care for
Him. I will respect your Final desicion
and Waith for Him He is always Welcome
in our Hearts, Home, and Family.

Respectfully.

Rita Ramires

...tical errors and scribbles depicted in this letter. As well as my horrible hand writing.

To whom it may Concern,

    I have known Rodrigo Aguayo for eighteen years, as I should because I am his brother. There are almost an infinite amount of things I can say about this man, a very loved member of our family, but it would be point-less if one will not take a moment to truly examine the information set before them. All I ask for is that moment to understand Rodrigo in a way that shows how he stands today, as a compassionate individual.

    I can honestly say that I know Rodrigo better than anyone, even our mother, and believe me, if he wasn't at least a decent human being I would not have taken my time to write this, despite his relationship to me, being that he is family. Truthfully If I was to have any say in his upcoming court date, I would say he is completely innocent of the crimes he had supposedly committed as he was miles away and completely shocked when he heard of the murders in South San Froncisco. Under these circumstances my mother and I would also be "guilty" of commiting the murders. I would be glad, in fact, to do time in the criminal system if it could reduce or drop the charges carried against my brother.

    I would invite anyone to have a sit down and conversation with my brother, Rodrigo Aguayo, because they would be able to determine his character from his words. I've seen this man go through hell for doing things so many kids on the streets do every day and for all this he's payed for with almost half of his life spent behind bars, or in todays terms, A seemingly solid, impenetrable metal door. Rodrigo has a big open heart, I've also seen him literaly give the shirt off his back to someone who was in more need of it than him.

I have the feeling that all of words I have put down for my brother will be put to waste as his fate has been pre decided from the ~~beginning~~ beginning; however I hope that these words will at least show the kind of person he is. If he was the "Master mind" of multiple crime his out look would be different. Even before he was incarcerated his life was on track. He was recovering from the emotional anxiety being away for so long has caused, he had a steady job, a car, a girl-friend, and a family, as well as friends, who love him dearly. ~~M M~~ Please, I encourage the reader of this letter to nearly ask Rodrigo his opinion on his circumstances and one will see his character.

~~Sincerely~~ Sincerly,
Ivan Aguryo

October 20, 2012

To Whom it may concern,

I hope this statement will help establish my nephew, Alex Aguayo's character. I have known his since he was about 1 year old. I have always known him as a good kind hearted person. He has always been respectful and loving towards all of our family. He always has kind words for all of our family and have never heard him express himself ill or with anger towards anyone.

I Daniel Aguayo would trust Alex 100% to be around my family and myself. The Door is open to our house for him should he ever need it. He has all the love and support we can offer him as his family.

I hope this helps express the
love and respect he has from his
parents, and family.

Sincerely,
Daniel P. Aguero

To Whom It May Concern:

Alejandro Aguayo is an amazing son, nephew, cousin, who has the ability to make anyone smile. He has the ability to make anyone smile. He has the biggest heart and loves making his family happy. He has always been one to try and make the situation lighter, with an optimistic approach. We as his family appreciate his love and care for us as well. I have not seen my cousin Alejandro in a while, however I somehow always manage to picture him smiling whenever his name gets brought up. That is all he ever did, was smile and laugh. We as his family love Alejandro for that. There is innocence about him that not many might see or understand, however we see, know, and surely miss it. He made everyone around him light up, no matter the situation. We are all writing a letter in concerns to Alejandro Aguayo, to support him like a family should and the way he has for us. Also we are all very sad to hear that he will be kept away from our family for so long. He has done nothing but put smiles on our faces and make us appreciate life more, He does not deserve to be away from his family for that long. Nor do we deserve to have such heartache over Alejandro leaving us. We all hope he is given some slack and returns to us sooner. Please.

Sincerely,

Mariah Mendoza; Alejandro Aguayo's cousin

October 16, 2012

Re: Rodrigo Aguayo

To Whom It May Concern:

My husband, Jeffrey Gonzalez, and I are writing this letter to express our love and support for my cousin, Rodrigo Aguayo. As children and teenagers, Rodrigo and I spent many years together celebrating birthdays, holidays, summer vacations, and weekends surrounded by our parents, siblings, aunts, uncles, and cousins as we are all part of a very tight nit, loving, supportive family. Unfortunately, as adults we face a sad future without the loveable, affectionate, electric personality of Rodrigo in our everyday lives, celebrations, and special events. However, I along with my husband and our extended family will be awaiting our loved one's release and return home with open hearts and arms, and we will be here to support him in whatever else he may need in the future to live a happy, healthy life. This letter is intended to simply verbalize the love and support we currently have for Rodrigo and to express that we will continue to support him following his release. Thank you for your time.

Sincerely,
April A. Hernandez

3090 Glascock St. #305
Oakland, CA 94601
510.875.5535

Jeffrey S. Gonzalez

October 18, 2012

David Aguayo
110 West Invitar Lane
Mountain House, CA 95391

Re: Rodrigo Alejandro Aguayo

To Whom It May Concern,

My name is David G. Aguayo and I am the first cousin of Mr. Rodrigo Alejandro Aguayo. I am 36 years old and currently employed as a Weights and Measures Inspector for the County of Santa Clara. I am writing this letter relating to Mr. Rodrigo Alejandro Aguayo.

My purpose of this letter is to inform you and exemplify the family support and Love that we, as his family have for him. I have known Rodrigo Alejandro Aguayo for all his life, since he was an infant child. He has always showed his compassion and concern for the Aguayo Family. Mr. Aguayo is a compassionate young man that has always been willing to help those in need. For many years Rodrigo attended several family functions that involved hours of fun loving laughter and family bonding. It was through these years that I learned of the humanity and the empathy that my Mr. Aguayo encompasses.

I believe that Rodrigo A. Aguayo possesses the passion to improve on his past actions. Not only does Mr. Aguayo have the passion to improve his life, but also has the much needed family support to carry a complete integration back into society as a valuable citizen. Mr. Aguayo has a very strong family structure that extends to over 100 family members. As a part of the Aguayo family, I believe that Mr. Rodrigo Alejandro Aguayo will be given the positive encouragement and be provided with the guidance/advise of all surrounding family members to remain on a positive track.

I truly believe in the ability of Mr. Aguayo to improve his life and become a positive contributing member of society. I believe his family, which includes myself, are more than willing to be an active contributor to Mr. Aguayo's adjustment to the community. He will always have a willing network of family members to help in the time of need; with questions, concerns, guidance, and always love.

Thank You for your time and consideration.

Sincerely,

David G. Aguayo

David G. Aguayo

Magdalena Huerta
596 Echo Valley Rd.
Salinas, CA 93907

October 16, 2012

To whom it may concern:

Re: Rodrigo Alejandro Aguayo

This letter is an acknowledgement letter about Rodrigo (Alex) Aguayo, He is my
nephew and I love him, he is really sweet, caring, funny individual with a big heart. He
brightens the atmosphere with his charisma. He is always so caring and willing to help
anybody around him, he is hard worker and I love him, he has a big family that cares and
loves him. He is always welcome in our home and family.

Respectfully,

Magdalena Huerta

Magdalena Huerta, Aunt

To who it may concern:

I just want to say a few words about my nephew Alejandro Aguayo.

He is the a great person , he has a big heart he puts people first.

He is always a happy person he loves life, he loves his mother and father

So much and also his brother Ivan . He loves to help his love ones in everything

He can, I love my nephew so much that it breaks my heart to see him In the place he

Is today. He does not deserve what is happening to him. I just wanted to ask you to

Please have mercy on him. I wanted to say that I love my nepfew so much and

That I will be here for him if he ever needs anything. My love is unconditional for

Him, his cousins Steven, Mariah and Ryan want to also ask you to please have mercy on him.

Please don't let his parents be without him for very long. That will just break their heart. I don't

Want to see any one hurt so much for having Alejandro be away from all of us that truly love him.

I am praying that Alejandro returns to us in no time.

                              From his aunt    Martha Mendoza

OCTOBER 26 2012

To whom IT may concern.

Hi I am the father of Rodrigo Alejandro Aguayo and I want to set for the records that my son is not a bad person; he is a good hearted person. He has been some how a victim of the environment were he has been brought to.

If you see his case carefully you will notice that he hasn't done very bad things to deserve to be in the situation were he is now.

Rodrigo has had bad decisions and not the best friends but the police have always make him look ugly; but he is not so.

Rodrigo growing up and the things that he did; he broke his probation, most times by drinking under age and having his friends that he had.

Rodrigo has had more than 5 jobs and staying in school; he has always been trying to be busy been a good part to society.

Justice to him would be to guide him to learn a trade and let him work and develop free in society.

sincerely   Rodrigo P. Aguayo

October 21, 2012

Cell :( 650)278-1163

Email: Eloymoreno45@gmail.com

To whom It may concern,

      Hello and greetings to who may be reading this letter; my name is, Eloy Moreno a close friend to Rodrigo Aguayo. I'm writing in order to be able to advocate in the part of Rodrigo Aguayo and to represent him in the way I got to know him growing up by his side. I've known "Rodrigo" as I would call him, for many years and I know that he is a good person but was revolved around negative influences in his community as a child. I understand of the many influences that a person must undergo when growing and I believe that Rodrigo was just tormented by these influences such as (familial, community, and peers) that made him act in such a way in prior years. I understand that the role of our law is to act in favor of the community to deter crime by keeping criminals incarcerated. But I also believe a lot in the restorative approach in our criminal justice system, I know that if Rodrigo is put in the right situation and helped he will maintain a crime free feature. I say this because, I've seen the good and intelligent side of him and he has a lot of potential to do good things if he is lead towards the right direction. I also can say that I had the privilege of working with him through my father's construction company. He never showed negativity and was willing to learn quickly. Rodrigo Is a good friend and I know he will make the right choices with the help of his family.  We all make mistakes and sometimes become unaware of the chances we set away when we commit that mistake. I believe it takes more time trying to learn not to make the mistake then actually performing one. I know that deep down inside Rodrigo wishes he had never taken a part of what he is today and I believe he would make right choices if he gets one last chance. I believe in success through failure so I believe it's time for him to go down the right path.

Thank you for reading,

-Eloy Moreno

October 20th, 2012

To Whom It May Concern:

I have been a childhood friend of Rodrigo Aguayo since the age of 6 years old. Our memories were ones of us chasing each other at a game of "hide and seek" or jumping into the pool at his first place. I know that deep down inside, everyone is at least deserving of one chance to be able to make things right. I know that if Rodrigo is given another opportunity, I'm pretty sure that he will see to it to make the improvements necessary. I do believe in comebacks and I feel that it's an opportunity that Rodrigo has been waiting for.

Regards,

Michelle Moreno

x _Michelle Moreno_

October, 24.2012

To Whom It May Concern,

Hello my name is Juanita Moreno and I'm writing this letter to talk about my best friends (Patty Aguayo) son, Rodrigo Aguayo. I have witnessed Rodrigo grow up and he was always a great kid. I really don't understand why he decided to take the path he is in and I feel remorse for my best friend that has had to go through so much for Rodrigo. What I could tell you is that when I last saw him, which was at the time he was working for my husband's company, I saw a positive attitude in him wanting to better his life. My husband had no problems with him, as I recall and I believe Rodrigo wants to change, but the people around him with negative intentions pull him back. My best friend is tormented and I know Rodrigo will make the right choices if he gets another opportunity. My desire for Rodrigo is to be reunited with his family so he can learn from this experience and become a better person.

Thank you for reading,


Juanita Moreno



X 

Michelle Service

969 Acalanes Rd.

Lafayette, CA 94549


April 17, 2012


To whom it may concern, I wanted to share with you about a friend of mine. His name is Rodrigo

I've known Rodrigo for three years now, this boy has been around my family for weeks at a time. He has always been thoughtful, kind, well manured and God servicing. Sundays Rodrigo would come up from South San Francisco to Lafayette just to attend church with our family. He would join us for our Sundays family dinner. Always be very gracious and truly fun to be with. I believe with all my heart that Rodrigo is being miss-understood. The boy I read about in the paper is not the person he really is.


It is my hopes that you the reader of this letter take a very serious look into the the true Rodrigo. I know you will agree with me and you would do your very best to make sure that he gets a fair trial. He needs to be heard. Your welcome to call me at anytime 925-360-0274. Rodrigo is a very special wonderful person.


Sincerely,

Michelle Service

**American General**
Life Companies

E. JAMES MENARD
General Agent
Insurance Lic: CA 0371374
**Independent Agency Group**

April 19, 2012

To whom it may concern:

I have known Rodrigo Aguayo since he began elementary school where three of my sons attended. We sometimes call him "Alex" because his dad is also Rodrigo. Rodrigo visited our house in the beginning of this year. He told me how much he likes his work and how hard he wants to live a "normal" life. I could see it in his expression and hear it in his voice how much he wanted to do well and be a productive man. I am aware of the legal problems Rodrigo has had in the past. He is no longer associated with gang activities. I know that if I need help with my yard I could call on him. I was selling my house in San Bruno and he told me how I could improve my yard to get a better price without spending a lot of money.

I personally trust Rodrigo and he is welcome at my house. I did sell the house and got a good price and I bought another house in Sacramento which needs landscaping. (The moving company is coming to pick up my furniture on Monday April 23rd.) I'm sure Rodrigo would have some useful suggestions for my landscaping.

I've worked with people the last 43 years as a life insurance salesman. I listen to people tell me what they want to do with their life. I believe Rodrigo is a changed man. Please give him a chance to go back to work.

Sincerely,

E. James Menard

(650) 278-1778
menard_jim@hotmail.com

P.O. BOX 281828, SAN FRANCISCO, CA 94128-1828
Cell 650.278.1778

Representing: American General Life Insurance Company (does not solicit business in NY)
American General Life Companies, www.americangeneral.com, is the marketing name for the insurance companies and affiliates comprising the domestic life operations of American International Group, Inc.,
is a separate and unrelated entity.

Michelle Service

969 Acalanes Rd.

Lafayette, CA 94549


April 17, 2012


To whom it may concern, I wanted to share with you about a friend of mine. His name is Rodrigo

I've known Rodrigo for three years now, this boy has been around my family for weeks at a time. He has always been thoughtful, kind, well manured and God servicing. Sundays Rodrigo would come up from South San Francisco to Lafayette just to attend church with our family. He would join us for our Sundays family dinner. Always be very gracious and truly fun to be with. I believe with all my heart that Rodrigo is being miss-understood. The boy I read about in the paper is not the person he really is.


It is my hopes that you the reader of this letter take a very serious look into the the true Rodrigo. I know you will agree with me and you would do your very best to make sure that he gets a fair trial. He needs to be heard. Your welcome to call me at anytime 925-360-0274. Rodrigo is a very special wonderful person.


Sincerely,

Michelle Service

3/5/2012



Moreno Construction

# MORENO CONSTRUCTION

PO BOX 280511
San Francisco Ca 94128-0511
Office: (650) 588-4831
Fax: (650) 588-2175
E-mail: morenoconstruction@att.net

Hello this is the owner of Moreno Construction hear to testify on the case of Alex Rodrigo Aguayo. Alex is a Great young adult and has been working for the company since January 1, of 2012. Throughout his time here Alex has showed improvement through his work skills and his interpersonal communication skills with his fellow co-workers. I'm pleased to have him working for a part of the company for I see much change to come. No one has had any problems what so ever and I believe the problems he's been having are due to the community influences around him. I believe the young man deserves one more chance because when he first started working here he wasn't that troubled kid everyone thought he was. He showed great intelligence in the work trade and valued every second of being part of the Moreno Construction team. I hope that Maybe he get that one last chance so he can achieve his dreams and stay away from all the negative influences. Moreno Construction will vouch for his recovery in doing better throughout the community.

Sincerely,

Moreno Construction Owner Eloy Moreno

03-05 2012

Theresa Menard, CPA
276 W 20th Ave
San Mateo, CA 94403
(650) 281-1450

SOUTH SAN FRANCISCO COURTHOUSE                                    March 7, 2012
1050 Mission Road
South San Francisco, CA 94080

RE:     Rodrigo Aguayo

TO WHOM IT MAY CONCERN:

I would like to offer some character references for Rodrigo Aguayo. My son, Adam, and Rodrigo have
been friends since the 4th grade in Rollingwood Elementary School in San Bruno. I know Rodrigo from a
sweet and somewhat timid boy of about 9 years old to now, a young man who is beginning to find his
directions in life. The last time I saw Rodrigo was only about a month ago around Chinese New Year when
I asked Adam to invite him to join us for dim sum in SSF. During our lunch, Rodrigo told me how he was
working as a painter and planning to move into a small apartment in Millbrae to be independent. I was
excited for him as anyone would when they see young people start to find their bearings in life.

I am aware of Rodrigo's trouble with the law in the past and I sympathize with his family and truly
understand how his parents feel. You see, my son, Adam, was in a similar situation as Rodrigo when Adam
got into some trouble with the law as a minor from school. I came before San Mateo Juvenile Court many
a times. With each visit to the courthouse, my heart would break a little and ache even more. Finally,
Adam was sent away to camp in La Honda. To this date, I still don't like to drive near that part of town
around Woodside and La Honda. But I did not give up on my son, Adam just as Rodrigo's parents who are
heartbroken and trying to help their son. I ask the court please do not give up on Rodrigo. That is why I
am writing this letter on his behalf.

Rodrigo is an artistic young man and he has a lot of potential to be a good citizen. He was going to enroll
at a community college and start taking course this summer and fall. I asked Adam to help him
and show him what college life is like. Adam is currently a senior at Sacramento State University, majoring
in psychology with a GPA of 3.67. I am very proud of Adam who was able to turn around from his past
troubles. I sincerely believe that Rodrigo can follow Adam's footsteps and enjoy taking courses in a
college setting and learn to see beyond his current situation. I ask the court to be lenient and give him a
chance to be a good citizen and college student this fall.

Sincerely,

*Menard*

Theresa Menard, CPA

10/20/12

To whom it may concern:

Re: Rodrigo Alejandro Aguayo

I am writting in regards to my nephew "Alex". he is a good kid a good man he is loyal to his family and people he knows. He is always well behaved and we always want him around us.

He has a lot of good qualities and has a lot of love to give back to people around us. We welcome him in our family and wait for his safe return home

I love my nephew and even his a grown man to me he will always be a kid. He is a kid in his heart. he has no malice in his heart.

Sincerely
Hilario Aguayo

Hilario Aguayo